David Almaraz
1900 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067-4409____
_____

APPEARING *IN PROPRIA PERSONA*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SHELLIE MELISSA HALPER,<br><br>Debtor. | CASE NO. 1:09-bk-23807-GM<br><br>CHAPTER 7<br><br>**DECLARATION OF DAVID ALMARAZ IN SUPPORT OF *EX PARTE* MOTION FOR AN ORDER (1) VACATING THE ORDER CLOSING CASE; AND (2) REOPENING CASE TO PERMIT PURCHASE OF ASSETS FROM CHAPTER 7 TRUSTEE**<br><br>[11 U.S.C. § 350(b); Fed. R. Bankr. P. 5010; L.B.R. 5010-1 & 9013-1(q)]<br><br>Date:  July 21, 2015<br>Time:  10:00 a.m.<br>Ctrm:  303 |

I, David Almaraz, declare and state:

1. I am creditor of Shellie Melissa Halper ("Debtor") in the above-captioned chapter 11 case ("Case"). I make this declaration in support of the "*Ex Parte* Motion For an Order (1) Vacating The Order Closing Case; and (2) Reopening Case To Permit Purchase of Assets From Chapter 7 Trustee" (the "Motion to Reopen").

2.    I have read the Debtor's opposition to the Motion, including the Declaration of Shellie Melissa Halper ("Halper Declaration"). Based on years of strategic misstatements by Ms. Halper, I do not believe a word of the Halper Declaration.

3.    I expressly and unequivocally support the Motion to Reopen; and request that the Court reject all of Ms. Halper's arguments against the Motion. Reopening the case will give creditors, like myself, an opportunity to recover some monies that were wrongfully taken by Halper.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that, if called as a witness, I can and will testify competently to the foregoing.. Executed on July 14, 2015 at Los Angeles, California.

By: _____

DAVID ALMARAZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16030 Ventura Blvd., Ste. 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID ALMARAZ IN SUPPORT OF EX PARTE MOTION FOR AN ORDER (1) VACATING THE ORDER CLOSING CASE; AND (2) REOPENING THE CASE TO PERMIT PURCHASE OF ASSETS FROM CHAPTER 7 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/16/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR CREDITOR DEBORAH RAHM: Paul M Brent     snb300@aol.com
ATTORNEY FOR CREDITOR ANDREA ELGAR: John Clark Brown     clarkbrown@jcbjrlaw.com, assistant@jcbjrlaw.com
ATTORNEY FOR DEFENDANT SHELLIE MELISSA HALPER: Baruch C Cohen     bcc4929@gmail.com, pjstarr@starrparalegals.com
COURTESY NEF: Mark T. Domeyer     wdk@wolffirm.com, mark.domeyer@wolffirm.com
ATTORNEY FOR DEBTOR: Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,leon.coleman@flpllp.com
CREDITOR: Jerome Bennett Friedman     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com;aramirez@flg-law.com
CHAPTER 7 TRUSTEE: David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
ATTORNEY FOR PLAINTIFF SOLOMON M. COHEN and PLAINTIFF TWIM PALMS LENDING GROUP: Nina Z Javan     nina@marguliesfaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
COURTESY NEF: John P Kreis     jkreis@kreislaw.com, j.kreis@ca.rr.com
ATTORNEY FOR CREDITOR JPMORGAN CHASE BANK, N.A.: Matthew B Learned     bknotice@mccarthyholthus.com
REPRESENTING CREDITOR SPECIALIZED LOAN SERVICING: Joe M Lozano     notice@NBSDefaultServices.com
COURTESY NEF: Craig G Margulies     Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com
ATTORNEY FOR CHAPTER 7 TRUSTEE: Laura J Meltzer
ATTORNEY FOR CREDITOR THE BANK OF NEW YORK MELLON, AS TRUSTEE: Vy Pham     vpham@mileslegal.com
COURTESY NEF: Cassandra J Richey     cmartin@pralc.com
ATTORNEY FOR U.S. TRUSTEE: Margaux Ross     margaux.ross@usdoj.gov, margauxla@yahoo.com
ATTORNEY FOR DEBTOR: Mark M Sharf     mark@forbankruptcy.com, msharf00@gmail.com
ATTORNEY FOR DEBTOR: Mark M Sharf     mark@sharflaw.com, msharf00@gmail.com
COURTESY NEF: Ramesh Singh     claims@recoverycorp.com
OUST: United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
ATTORNEY FOR CREDITOR TOYOTA MOTOR CREDIT CORPORATION: Yuri Voronin     yvoronin@lawyer.com
ATTORNEY FOR CHAPTER 7 TRUSTEE: Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/16/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**:
CHAMBERS COPY: Hon. Geraldine Mund, U.S. Bankruptcy Court, 21041 Burbank Blvd., Ste. 312, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/16/2015 | Victoria Castrellon | /s/Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**