| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Craig G. Margulies, Esq. (SBN 185925)<br>Meghann A. Triplett, Esq. (SBN 268005)<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br>Email: Craig@MarguliesFaithLaw.com<br>Email: Meghann@MarguliesFaithLaw.com<br><br>Attorneys for Plaintiff, Solomon M. Cohen<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff, Solomon M. Cohen | **FILED & ENTERED**<br><br>MAY 30 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Fisher    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>SHELLIE MELISSA HALPER,<br><br>Debtor(s) | CASE NO.: 1:09-bk-23807-GM<br>CHAPTER: 7<br>ADVERSARY NO.: 1:11-ap-01317-GM |
|---|---|
| SOLOMON M. COHEN,<br><br>Plaintiff(s)<br><br>vs.<br><br>SHELLIE MELISSA HALPER,<br><br>Defendant(s) | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE:  May 30, 2017<br>TIME:   10:00 a.m.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

Based on this Court's *Order Entering Terminating Sanctions and Striking Defendant's Answer to the Complaint* [Dkt. No. 101], the *Notice of Motion and Motion for Default Judgment Under LBR 7055-1* [Dkt. No. 112], the *Declaration of Solomon M. Cohen in Support of Motion for Default Judgment Under LBR 7055-1* [Dkt. No.113]*, the Declaration of Craig G. Margulies in Support of Additional Pre-Judgment Interest and Attorneys Fees and Costs Incurred by Plaintiff from April 12, 2017 Through Entry of Default Judgment* [Dkt. No. 116], and this Court's review of the *Submission of Supplemental Evidence in Support of Margulies Faith LLP's Request for Attorneys' Fees and Costs in Connection with Motion for Default Judgment; Declaration of Craig G. Margulies in Support* [Dkt. No. 120] and based on the representations made in open court at the above referenced hearing and the hearing on May 2, 2017:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Solomon M. Cohen
   and against Defendant (*specify name*): Shellie Melissa Halper

2. a.  ☒  Plaintiff is awarded damages in the following amount:            $9,442,436.00
   b.  ☒  Plaintiff is awarded attorney fees in the following amount:       $121,592.29

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 7055-1.2.DEFAULT.JMT**

|     |     |     |     |
| --- | --- | --- | --- |
| c. | ☒ | Plaintiff is awarded attorney costs in the following amount: | $4,212.77 |
| d. | ☒ | Defendant credit for sanctions paid in the following amount: | ($10,000.00) |
| e. | ☒ | Plaintiff is awarded a total judgment in the following amount: | $9,558,241.06 |
| d. | ☒ | Judgment will accrue post-judgment interest at the federal judgment interest rate and is not dischargeable |     |

e. ☐ Plaintiff is granted the following relief (*specify*):

☐ See attached page

3. ☒ This judgment or claim is determined to be non-dischargeable under:    ☒ Bankruptcy Code §523(a)(2)(A)

☐ Other (*specify*):

4. ☐ The court further orders:

☐ See attached page

### 

Date: May 30, 2017

*(signature)*
Geraldine Mund
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 7055-1.2.DEFAULT.JMT