| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CRAIG G. MARGULIES, ESQ. (SBN. 185925)<br>NINA Z. JAVAN, ESQ. (SBN. 271392)<br>**MARGULIES FAITH LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br>Email:  Craig@MarguliesFaithlaw.com<br>Email:  Nina@MarguliesFaithlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Party in Interest, IWYMF, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SHELLIE MELISSA HALPER,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:09-bk-23807-GM<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION TO CONTINUE HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY; AUTHORIZING THE SALE FREE AND CLEAR OF LIENS AND INTERESTS, IF ANY; DETERMINING THAT PURCHASER IS A GOOD FAITH PURCHASER; APPROVING THE OVERBID PROCEDURES; AND WAIVING THE FOURTEEN DAY STAY PURSUANT TO FED. R. BANKR. P. 6004 |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY; AUTHORIZING THE SALE FREE AND CLEAR OF LIENS AND INTERESTS, IF ANY; DETERMINING THAT PURCHASER IS A GOOD FAITH PURCHASER; APPROVING THE OVERBID PROCEDURES; AND WAIVING THE FOURTEEN DAY STAY PURSUANT TO FED. R. BANKR. P. 6004** was lodged on **April 4, 2016** and is attached.  This order relates to the stipulation which is docket number **154**.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

Craig G. Margulies, Esq. (SBN 185925)
Nina Z. Javan, Esq. (SBN 271392)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Ste. 470
Encino, CA 91436
T: (818) 705-2777
F: (818) 705-3777
Craig@MarguliesFaithLaw.com
Nina@MarguliesFaithLaw.com

ATTORNEYS FOR PARTY IN INTEREST
IWYMF, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SHELLIE MELISSA HALPER,<br><br>        Debtor. | CASE NO. 1:09-bk-23807-GM<br><br>CHAPTER 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY; AUTHORIZING THE SALE FREE AND CLEAR OF LIENS AND INTERESTS, IF ANY; DETERMINING THAT PURCHASER IS A GOOD FAITH PURCHASER; APPROVING THE OVERBID PROCEDURES; AND WAIVING THE FOURTEEN DAY STAY PURSUANT TO FED. R. BANKR. P. 6004**<br><br>Hearing:<br>Date:     April 5, 2016<br>Time:    10:00 a.m.<br>Location: U.S. Bankruptcy Court<br>           21041 Burbank Blvd., Ctrm. 303<br>           Woodland Hills, CA 91367<br><br>Continued Hearing:<br>Date:     June 7, 2016<br>Time:    10:00 a.m.<br>Location: U.S. Bankruptcy Court<br>           21041 Burbank Blvd., Ctrm. 303<br>           Woodland Hills, CA 91367 |

The Court, having considered the "*Stipulation to Continue Hearing on Chapter 7 Trustee's Motion for Order: Authorizing Sale of Certain Personal Property; Authorizing the Sale Free and Clear of Liens and Interests, if any; Determining that Purchaser is a Good Faith Purchaser; Approving the Overbid Procedures; and Waiving the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 6004*" (the "Fourth Stipulation", Dkt. No. 154), entered into by proposed purchaser and party in interest IWYMF, LLC on the one hand, and Chapter 7 Trustee David Keith Gottlieb, on the other hand, having considered the record in the above-captioned case, and for good and sufficient cause appearing therefor,

**IS IT HEREBY ORDERED** that:

A. The Fourth Stipulation is **APPROVED**; and

B. The hearing on the "*Chapter 7 Trustee's Motion for Order: Authorizing Sale of Certain Personal Property; Authorizing the Sale Free and Clear of Liens and Interests, if any; Determining that Purchaser is a Good Faith Purchaser; Approving the Overbid Procedures; and Waiving the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 6004*" (Dkt. No. 123) is continued to June 7, 2016 at 10:00 a.m. in Courtroom 303 of the United States Bankruptcy Court located at 21041 Burbank Boulevard in Woodland Hills, California 91367.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION TO CONTINUE HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY; AUTHORIZING THE SALE FREE AND CLEAR OF LIENS AND INTERESTS, IF ANY; DETERMINING THAT PURCHASER IS A GOOD FAITH PURCHASER; APPROVING THE OVERBID PROCEDURES; AND WAIVING THE FOURTEEN DAY STAY PURSUANT TO FED. R. BANKR. P. 6004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 4, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR CREDITOR DEBORAH RAHM**: Paul M Brent     snb300@aol.com
**ATTORNEY FOR CREDITOR ANDREA ELGAR**: John Clark Brown     clarkbrown@jcbjrlaw.com, assistant@jcbjrlaw.com
**ATTORNEY FOR DEFENDANT SHELLIE MELISSA HALPER**: Baruch C Cohen     bcc4929@gmail.com, pjstarr@starrparalegals.com
**COURTESY NEF**: Mark T. Domeyer     wdk@wolffirm.com, mark.domeyer@wolffirm.com
**ATTORNEY FOR DEBTOR**: Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
**CREDITOR**: Jerome Bennett Friedman     jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com
**CHAPTER 7 TRUSTEE**: David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
**ATTORNEY FOR PLAINTIFF SOLOMON M. COHEN and PLAINTIFF TWIM PALMS LENDING GROUP**: Nina Z Javan     nina@marguliesfaithlaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com; Brian@MarguliesFaithlaw.com
**ATTORNEY FOR DEBTOR**: Yi S Kim     ykim@greenbass.com, ksopky@greenbass.com; ecfnotification@greenbass.com
**COURTESY NEF**: John P Kreis     jkreis@kreislaw.com, j.kreis@ca.rr.com
**ATTORNEY FOR CREDITOR JPMORGAN CHASE BANK, N.A.**: Matthew B Learned      mlearned@mccarthyholthus.com, schoi@mccarthyholthus.com
**REPRESENTING CREDITOR SPECIALIZED LOAN SERVICING**: Joe M Lozano     notice@NBSDefaultServices.com
**COURTESY NEF**: Craig G Margulies     Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com; Brian@MarguliesFaithlaw.com
**ATTORNEY FOR CHAPTER 7 TRUSTEE**: Laura J Meltzer
**ATTORNEY FOR CREDITOR THE BANK OF NEW YORK MELLON, AS TRUSTEE**: Vy Pham     vpham@mileslegal.com
**COURTESY NEF**: Cassandra J Richey     cmartin@pralc.com
**ATTORNEY FOR U.S. TRUSTEE**: Margaux Ross     margaux.ross@usdoj.gov, margauxla@yahoo.com
**ATTORNEY FOR DEBTOR**: Mark M Sharf     mark@forbankruptcy.com, msharf00@gmail.com
**ATTORNEY FOR DEBTOR**: Mark M Sharf     mark@sharflaw.com, msharf00@gmail.com
**COURTESY NEF**: Ramesh Singh     claims@recoverycorp.com
**OUST**: United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR TOYOTA MOTOR CREDIT CORPORATION**: Yuri Voronin     yvoronin@lawyer.com
**ATTORNEY FOR CHAPTER 7 TRUSTEE**: Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **April 4, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**CHAMBERS COPY**: Hon. Geraldine Mund, U.S. Bankruptcy Court, 21041 Burbank Blvd., Ste. 312, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2016 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**