UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.  1:09-bk-23807-GM |
| HALPER, SHELLIE MELISSA | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David K. Gottlieb, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> Kathleen J. Campbell
> 21041 Burbank Blvd.
> Woodland Hills, CA 91367

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on November 20, 2018 in Courtroom 303, United States Bankruptcy Courthouse, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/12/2018          By :  /s/ David K. Gottlieb
                                         Trustee

David K. Gottlieb
17000 Ventura Blvd Suite 300
Encino, CA 91316

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| In re: | § | |
|---|---|---|
| HALPER, SHELLIE MELISSA | § | Case No. 1:09-bk-23807-GM |
| | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | |
| leaving a balance on hand of: | $ | 75,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00002-2 | Bank of America, National | $ 1,385,219.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| 25S | Bell Canyon Association | $ 1,419.30 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 75,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: D. Gottlieb & Associates LLC | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| Trustee, Expenses: D. Gottlieb & Associates LLC | $ 93.45 | $ 0.00 | $ 93.45 |
| Attorney for Trustee, Fees: WEISS & SPEES, LLP | $ 28,000.00 | $ 0.00 | $ 28,000.00 |
| Attorney for Trustee, Expenses: WEISS & SPEES, LLP | $ 409.91 | $ 0.00 | $ 409.91 |
| Accountant for Trustee, Fees: Berkeley Research Group, LLC | $ 5,127.50 | $ 0.00 | $ 5,127.50 |
| Accountant for Trustee, Expenses: Berkeley Research Group | $ 14.30 | $ 0.00 | $ 14.30 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | | $ 40,645.16 |
| Remaining Balance | | | $ 34,354.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00016A-2 | Internal Revenue Service 300 North | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 34,354.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,094,718.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National City | $ 11,093.72 | $ 0.00 | $ 23.68 |
| 3 | Santa Barbara Bank & Trust | $ 248,722.11 | $ 0.00 | $ 530.91 |
| 4 | Fia Card Services, N.A. | $ 73,441.52 | $ 0.00 | $ 156.76 |
| 5 | Santa Barbara Bank & Trust | $ 80,488.24 | $ 0.00 | $ 171.81 |
| 6 | Santa Barbara Bank & Trust | $ 17,983.76 | $ 0.00 | $ 38.39 |
| 7 | Citifinancial Inc | $ 7,858.45 | $ 0.00 | $ 16.77 |
| 8 | Fia Card Services, Na As Successor | $ 11,097.05 | $ 0.00 | $ 23.69 |
| 10 | Chase Bank Usa, N.A. | $ 39,787.04 | $ 0.00 | $ 84.93 |
| 11 | Chase Bank Usa, N.A. | $ 14,006.82 | $ 0.00 | $ 29.90 |
| 12 | Chase Bank Usa, N.A. | $ 3,861.50 | $ 0.00 | $ 8.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | Chase Bank Usa, N.A. | $ 3,011.97 | $ 0.00 | $ 6.43 |
| 14 | Ge Consumer Finance | $ 17,670.28 | $ 0.00 | $ 37.72 |
| 17 | Capital One Bank (Usa), N.A. | $ 5,320.60 | $ 0.00 | $ 11.36 |
| 18 | Capital One Bank (Usa), N.A. | $ 9,878.42 | $ 0.00 | $ 21.09 |
| 19 | Pyod Llc Its Successors And Assigns | $ 204.96 | $ 0.00 | $ 0.44 |
| 20 | Stuart Liner | $ 464,654.23 | $ 0.00 | $ 991.82 |
| 21 | Andrea Edgar | $ 240,000.00 | $ 0.00 | $ 512.29 |
| 22 | PNC BANK | $ 204,703.40 | $ 0.00 | $ 436.95 |
| 23 | Janis Garcia | $ 48,758.07 | $ 0.00 | $ 104.08 |
| 24 | Janis Garcia | $ 10,961.10 | $ 0.00 | $ 23.40 |
| 25U | Bell Canyon Association | $ 273.90 | $ 0.00 | $ 0.58 |
| 26 | Marianne F Cleary | $ 28,000.00 | $ 0.00 | $ 59.77 |
| 28 | Frank Alvarez Iii | $ 160,000.00 | $ 0.00 | $ 341.53 |
| 29 | Lindsey Wagner | $ 0.00 | $ 0.00 | $ 0.00 |
| 32 | David Almaraz | $ 49,000.00 | $ 0.00 | $ 104.59 |
| 33 | Stuart Price | $ 60,000.00 | $ 0.00 | $ 128.07 |
| 34 | Deborah Rahm | $ 242,650.00 | $ 0.00 | $ 517.95 |
| 35 | Perry Friedman And Eileen Friedman | $ 100,000.00 | $ 0.00 | $ 213.45 |
| 36 | Lauren Lally | $ 50,000.00 | $ 0.00 | $ 106.73 |
| 37 | Terry Hanson | $ 250,000.00 | $ 0.00 | $ 533.64 |
| 39 | Michael Emmetti And Maria Emmetti | $ 35,000.00 | $ 0.00 | $ 74.71 |
| 41 | Andrea Friedman Garst | $ 450,000.00 | $ 0.00 | $ 960.54 |
| 43 | Anthony Pagnini | $ 200,000.00 | $ 0.00 | $ 426.91 |
| 44 | Jerome Bennett Friedman | $ 1,012,100.00 | $ 0.00 | $ 2,160.37 |
| 00048 | Solomon Cohen | $ 9,558,241.06 | $ 0.00 | $ 20,402.46 |
| 00049 | Twin Palms Lending Group LLC | $ 2,385,950.29 | $ 0.00 | $ 5,092.88 |
| | Total to be paid to timely general unsecured creditors | | | $ 34,354.84 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:   /s/ David K. Gottlieb
                     Trustee

David K. Gottlieb
17000 Ventura Blvd Suite 300
Encino, CA 91316

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.