1  David K. Gottlieb
   17000 Ventura Blvd
2  Suite 300
   Encino, CA 91316
3  Telephone: (818) 539-7720
   Email: dgottlieb@dkgallc.com

4  Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY

| | |
|---|---|
| In re | Case No.: 1:09-bk-23807-GM |
| HALPER, SHELLIE MELISSA | Chapter 7 |
| Debtor(s). | NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011) |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 52042, in the sum of $3,063.25, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid each person entitled to said unclaimed dividend is attached.

Dated: March 11, 2019

_____
David K. Gottlieb
Chapter 7 Trustee

-1-

| Claim No | Claimant | Allowed Amount | Amount |
|---|---|---|---|
| 3 | Santa Barbara Bank & Trust<br>Po Box 60704<br>Santa Barbara, CA 93160 | $248,722.11 | $530.91 |
| 5 | Santa Barbara Bank & Trust<br>Po Box 60704<br>Santa Barbara, CA 93160 | $80,488.24 | $171.81 |
| 6 | Santa Barbara Bank & Trust<br>Po Box 60704<br>Santa Barbara, CA 93160 | $17,983.76 | $38.39 |
| 7 | Citifinancial Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $7,858.45 | $16.77 |
| 20 | Stuart Liner<br>1100 Glendon Ave 14Th Flr<br>Los Angeles, CA 90024 | $464,654.23 | $991.82 |
| 23 | Janis Garcia<br>23380 Sandalwood<br>West Hills, CA 91307 | $48,758.07 | $104.08 |
| 24 | Janis Garcia<br>23380 Sandalwood<br>West Hills, CA 91307 | $10,961.10 | $23.40 |
| 26 | Marianne F Cleary<br>19552 Bryant Avenue<br>Northridge, CA 91324 | $28,000.00 | $59.77 |
| 34 | Deborah Rahm<br>Wiz Industries<br>28464 Renee Dr<br>Agoura Hills, CA 91301 | $242,650.00 | $517.95 |
| 37 | Terry Hanson<br>36431 Rogers Lane<br>Yucaipa, CA 92399 | $250,000.00 | $533.64 |
| 39 | Michael Emmetti And Maria Emmetti<br>1159 Manzanita Lane<br>Manhattan Beach, CA 90266 | $35,000.00 | $74.71 |

Total: $3,063.25

David K. Gottlieb, Trustee
17000 Ventura Blvd
Suite 300,
Encino, CA 91316

**Texas Capital Bank**
Check Number: 52042

32-1797/1110
Dated: 03/11/2019
VOID AFTER 90 DAYS

AMOUNT
***$3,063.25

*** Three Thousand, Sixty Three Dollars and 25/100

Pay to the Order of

US Bankruptcy Court
255 East Temple Street
Room 1067
Los Angeles, CA 90012

Case Number: 09-23807
Estate of: HALPER, SHELLIE MELISSA - Debtor(s)

⑃ 52042 ⑃

| Date: 03/11/2019 | Check Number: 52042 | Amount: $3,063.25 |
|---|---|---|
| Case Number: 09-23807　Debtor(s) Name: HALPER, SHELLIE MELISSA - Debtor(s) | | |
| Paid To: US Bankruptcy Court　255 East Temple Street　Room 1067　Los Angeles, CA 90012 | Trustee: David K. Gottlieb, Trustee　17000 Ventura Blvd　Suite 300,　Encino, CA 91316 | |
| Description: Remit to Court re: Unclaimed Funds | | |
| Bank Account: ******0889 | | |

| Date: 03/11/2019 | Check Number: 52042 | Amount: $3,063.25 |
|---|---|---|
| Case Number: 09-23807　Debtor(s) Name: HALPER, SHELLIE MELISSA - Debtor(s) | | |
| Paid To: US Bankruptcy Court　255 East Temple Street　Room 1067　Los Angeles, CA 90012 | Trustee: David K. Gottlieb, Trustee　17000 Ventura Blvd　Suite 300,　Encino, CA 91316 | |
| Description: Remit to Court re: Unclaimed Funds | | |
| Bank Account: ******0889 | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 17000 Ventura Boulevard, Suite 300, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): Report of Trustee Under Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 12, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On March 12, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2019 | Renee Johnson | /s/Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Paul M Brent    snb300@aol.com
- John Clark Brown    clarkbrown@jcbjrlaw.com, assistant@jcbjrlaw.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Mark T. Domeyer    mark.domeyer@lee-associates.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Nina Z Javan    nina@wsrlaw.net, brian@wsrlaw.net
- Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- David Brian Lally    davidlallylaw@gmail.com
- Matthew B Learned    mlearned@mccarthyholthus.com, jfiedler@mccarthyholthus.com,krutledge@mccarthyholthus.com
- Blake J Lindemann    Blake@lawbl.com, Nataly@lawbl.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- Laura J Meltzer
- Vy Pham    vpham@mileslegal.com
- Cassandra J Richey    cmartin@pralc.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Allan D Sarver    ADS@asarverlaw.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Ramesh Singh    claims@recoverycorp.com
- Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Yuri Voronin    yvoronin@lawyer.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com

2. **SERVED BY U.S. MAIL**

Office of the U.S. Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 91007

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE